ANTONIO VOLPE, Appellant, *v.* EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.

Argued October 15, 1951; decided December 6, 1951.

*Roderick B. Travis* and *Rocco Leone* for appellant.

*John E. McAniff, Edwin A. Berkery* and *Lester T. O'Connor* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.